**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:**  Greg Langham, Clerk
Attn: Kathy Triplett

**FROM:**  Judge John L. Kane

**DATE:**  March 17, 2011

**RE:**  Criminal Action No. **11-cr-97-JLK**

　　Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.